**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 19-23994-CV-ALTONAGA/Goodman**

| | |
|---|---|
| ROBERT M. GLEN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| AMERICAN AIRLINES, INC., | § |
| | § |
| Defendant. | § |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Robert M. Glen ("Plaintiff") respectfully submits this Notice of Supplemental Authority in support of his Response to Defendant American Airlines, Inc.'s Motion to Dismiss the Amended Complaint, or, in the Alternative, to Transfer Venue (Dkt. 56). On April 15, 2020, Judge Bloom entered an Order in *Havana Docks Corp. v. Norwegian Cruise Line Holdings, Ltd.*, No. 19-CV-23591 (S.D. Fla.) that granted the plaintiff's motion for reconsideration and for leave to amend, vacated a prior Order dismissing the case, and re-opened the action. The Order is attached hereto as Exhibit A.

The Order resolves several issues of statutory construction under the Helms-Burton Act, including the scope of the private right of action for unlawful trafficking and the property interests for which a plaintiff may bring a Helms-Burton Act claim. These issues were raised by American Airlines in its motion to dismiss and were addressed by Plaintiff in his responsive memorandum.

1

Dated: April 15, 2020

Respectfully submitted,

/s/ Joel Ewusiak

Joel Ewusiak
joel@ewusiaklaw.com;
eservicecourtdocs@gmail.com
Ewusiak Law, P.A.
Fla. Bar No.:  0509361
6601 Memorial Highway, Suite 311
Tampa, FL 33615
T:  727.286.3559
F:  727.286.3219

Craig A. Boneau (*pro hac vice*)
cboneau@rctlegal.com
Ryan M. Goldstein (*pro hac vice*)
rgoldstein@rctlegal.com
Scott Saldaña (*pro hac vice*)
ssaldana@rctlegal.com
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
T: (512) 647-6100
F: (512) 647-6129

*Counsel for Robert M. Glen*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on April 15, 2020, the foregoing document was filed using the

CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Joel Ewusiak
Joel Ewusiak