IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 3 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| ROBERT M. GLEN, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:20-CV-482-A |
| | § |
| AMERICAN AIRLINES, INC., | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

In accordance with the memorandum opinion and order signed this same date,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action brought by plaintiff, Robert M. Glen, against defendant, American Airlines, Inc., in the above-captioned action be, and are hereby, dismissed.

SIGNED August 3, 2020.

_____
JOHN McBRYDE
United States District Judge